

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00222-CR

Steve Chavarria **RIVERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4391
Honorable Joey Contreras, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED November 28, 2018.

Luz Elena D. Chapa, Justice